# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**ELENA DINVERNO**, *an individual*,

    Plaintiff,

vs.

**ROCHESTER COMMUNITY SCHOOLS DISTRICT**, *a government entity*, **KRISTIN BULL,** *in her individual and official capacity*, **DR. ROBERT SHANER**, *in his individual and official capacity,*

    Defendants.

Case No.   21-cv-11001
Hon. Mark A. Goldsmith
Mag. Kimberly G. Altman

---

| **DEBORAH GORDON LAW** | **PLUNKETT COONEY** |
|---|---|
| Deborah L. Gordon (P27058) | Courtney L. Nichols (P75160) |
| Elizabeth Marzotto Taylor (P82061) | Michael D. Weaver (P43985) |
| Sarah Gordon Thomas (P83935) | Jeffrey S. Hengeveld (P66029) |
| Molly Savage (P84472) | Attorneys for Defendants |
| Attorneys for Plaintiff | 38505 Woodward Avenue, Suite 100 |
| 33 Bloomfield Hills Parkway, Suite 220 | Bloomfield Hills, Michigan 48304 |
| Bloomfield Hills, Michigan 48304 | (248) 594-6460 |
| (248) 258-2500 | cnichols@plunkettcooney.com |
| dgordon@deborahgordonlaw.com | mweaver@plunkettcooney.com |
| emarzottotaylor@deborahgordonlaw.com | jhengeveld@plunkettcooney.com |
| sthomas@deborahgordonlaw.com | |
| msavage@deborahgordonlaw.com | |

---

# **PLAINTIFF'S INITIAL WITNESS LIST**

1

Plaintiff Elena Dinverno, by and through her attorneys, Deborah Gordon Law, submits the following Initial Witness List pursuant to this Court's Scheduling Order (ECF No. 16).

## RESERVATION OF RIGHTS

Plaintiff expressly reserves the right to supplement her Witness List up to and including the date the Joint Final Pretrial Order is filed. As discovery remains ongoing, Plaintiff may not presently be able to fully identify all of the witnesses she anticipates calling to testify at the time of trial. Plaintiff accordingly reserves the right to supplement this Witness List to name any fact witnesses about whose knowledge or potential testimony she may become aware of during the discovery period of this action, and to rely in these proceedings on the testimony of any such witnesses.

## WITNESS LIST

1. Plaintiff Elena Dinverno
2. Dr. Robert Shaner
3. Kristin Bull
4. Martin Blake
5. Debi Fragomeni
6. Andrew Blake
7. Sandra Blake
8. Andrea Blake
9. Robert Sharpe

10. Stacy Sunde

11. Lori Grein

12. Amy Schuster

13. Christina Whitmore

14. Amy DiCresce

15. Kevin Beers

16. Michael Zabat

17. Michelle Bueltel

18. Barbara Anness

19. Scott Muska

20. Joseph Pittel

21. Andrea Walker-Leidy

22. Meredith McCutcheon

23. Joshua Raymond

24. Andrew Weaver

25. Jessica Opfer

26. Rick McClatcher

27. Stephanie VanDaele

28. Chief Steve Schettenhelm

29. Jeremy Chisholm

30. Any and all current or former employees of Blake's Hard Cider

31. Any and all current or former employees of Blake's Orchard

32. Any and all current or former employees of Rochester Community Schools District

33. Any and all current or former employees of Rochester Police Department

34. Any and all of Plaintiff's treating physicians and/or healthcare providers

35. Any and all witnesses identified by Defendants in its current or amended witness lists

36. All persons referred to in any Complaint, Answer, or pleading filed in this lawsuit but not specifically named

37. All persons or entities referred to in depositions, interrogatories, answers to interrogatories, responses to request for documents, responses to requests for admission, or responses to third-party subpoenas

38. Any and all necessary rebuttal law and expert witnesses, including without limitation any expert witnesses identified by any parties

39. Any and all witnesses necessary to lay the foundation for the admission of evidence

40. Any and all witnesses necessary to authenticate, impeach, or rebut

41. Plaintiff reserves the right to add any additional expert witnesses that may become necessary or lay witnesses as they become known through the course of additional discovery.

Dated: January 3, 2022　　　　　　　　**DEBORAH GORDON LAW**
/s/Deborah L. Gordon (P27058)
Elizabeth Marzotto Taylor (P82061)
Sarah Gordon Thomas (P83935)
Molly Savage (P84472)
Attorneys for Plaintiff
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills, Michigan 48304
(248) 258-2500
dgordon@deborahgordonlaw.com
emarzottotaylor@deborahgordonlaw.com
sthomas@deborahgordonlaw.com
msavage@deborahgordonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2022 I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing and service of said documents to all parties through their counsel of record.

**DEBORAH GORDON LAW**
/s/Deborah L. Gordon (P27058)
Elizabeth Marzotto Taylor (P82061)
Sarah Gordon Thomas (P83935)
Molly Savage (P84472)
Attorneys for Plaintiff
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills, Michigan 48304
(248) 258-2500
dgordon@deborahgordonlaw.com
emarzottotaylor@deborahgordonlaw.com
sthomas@deborahgordonlaw.com
msavage@deborahgordonlaw.com