# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**ELENA DINVERNO**, *an individual*,

    Plaintiff,

vs.

**ROCHESTER COMMUNITY SCHOOLS DISTRICT**, *a government entity*, **KRISTIN BULL,** *in her individual and official capacity*, **DR. ROBERT SHANER**, *in his individual and official capacity,*

    Defendants.

Case No. 21-cv-11001
Hon. Mark A. Goldsmith
Mag. Kimberly G. Altman

---

| **DEBORAH GORDON LAW** | **PLUNKETT COONEY** |
|---|---|
| Deborah L. Gordon (P27058) | Courtney L. Nichols (P75160) |
| Elizabeth Marzotto Taylor (P82061) | Michael D. Weaver (P43985) |
| Sarah Gordon Thomas (P83935) | Jeffrey S. Hengeveld (P66029) |
| Molly Savage (P84472) | Attorneys for Defendants |
| Attorneys for Plaintiff | 38505 Woodward Avenue, Suite 100 |
| 33 Bloomfield Hills Parkway, Suite 220 | Bloomfield Hills, Michigan 48304 |
| Bloomfield Hills, Michigan 48304 | (248) 594-6460 |
| (248) 258-2500 | cnichols@plunkettcooney.com |
| dgordon@deborahgordonlaw.com | mweaver@plunkettcooney.com |
| emarzottotaylor@deborahgordonlaw.com | jhengeveld@plunkettcooney.com |
| sthomas@deborahgordonlaw.com | |
| msavage@deborahgordonlaw.com | |

---

## STIPULATED ORDER REGARDING THE DEPOSITION OF DR. ROBERT SHANER

This matter, having come before the Court upon the stipulation of the parties and the Court being otherwise fully advised in the premises

**NOW THEREFORE, IT IS HEREBY ORDERED** that Defendant Dr. Robert Shaner will appear for a deposition on or before February 3, 2022.

**IT IS FURTHER ORDERED** that Plaintiff will be permitted to initiate, through February 17, 2022, any necessary follow-up discovery based on Dr. Shaner's testimony. Defendants will provide timely responses to any such discovery requests, notwithstanding the February 14, 2022 discovery cut-off.

IT IS SO ORDERED.

Dated:  February 2, 2022          s/Mark A. Goldsmith
    Detroit, Michigan              MARK A. GOLDSMITH
                                                    United States District Judge

## STIPULATION

We, on behalf of our clients, stipulate to the entry of this order.

/s/ Deborah L. Gordon                    /s/ Courtney L. Nichols (P75160)
*Attorneys for Plaintiff*                    *Attorneys for Defendants*
33 Bloomfield Hills Parkway, Suite 220    38505 Woodward Avenue, Suite 100
Bloomfield Hills, Michigan 48304         Bloomfield Hills, Michigan 48304
(248) 258-2500                          (248) 594-6460
dgordon@deborahgordonlaw.com              cnichols@plunkettcooney.com

## **LOCAL RULE CERTIFICATION**

I, Deborah L. Gordon, certify that this document complies with Local Rule 5.1(a), including: double-spaced (except for quoted materials and footnotes); at least one-inch margins on the top, sides, and bottom; consecutive page numbering; and type size of all text and footnotes that is no smaller than 10-1/2 characters per inch (for non-proportional fonts) or 14 point (for proportional fonts). I also certify that it is the appropriate length. Local Rule 7.1(d)(3).