# EXHIBIT E

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**ELENA DINVERNO**, *an individual*,

    Plaintiff,

vs.

**ROCHESTER COMMUNITY SCHOOLS DISTRICT**, *a government entity*, **KRISTIN BULL,** *in her individual and official capacity*, **DR. ROBERT SHANER**, *in his individual and official capacity,*

    Defendants.

Case No.   21-cv-11001
Hon. Mark A. Goldsmith
Mag. Kimberly G. Altman

| | |
|---|---|
| **DEBORAH GORDON LAW**<br>Deborah L. Gordon (P27058)<br>Elizabeth Marzotto Taylor (P82061)<br>Sarah Gordon Thomas (P83935)<br>Molly Savage (P84472)<br>Attorneys for Plaintiff<br>33 Bloomfield Hills Parkway, Suite 220<br>Bloomfield Hills, Michigan 48304<br>(248) 258-2500<br>dgordon@deborahgordonlaw.com<br>emarzottotaylor@deborahgordonlaw.com<br>sthomas@deborahgordonlaw.com<br>msavage@deborahgordonlaw.com | **PLUNKETT COONEY**<br>Courtney L. Nichols (P75160)<br>Attorney for Defendants<br>38505 Woodward Avenue, Suite 100<br>Bloomfield Hills, Michigan 48304<br>(248) 594-6460<br>cnichols@plunkettcooney.com |

## NOTICE OF TAKING DEPOSITIONS

Plaintiff **Elena Dinverno**, by her attorneys **Deborah Gordon Law**, will take the depositions of the individuals named below on the dates and times at Deborah Gordon Law, 33 Bloomfield Hills Parkway, Suite 220, Bloomfield Hills, Michigan 48304, said depositions to continue from day to day until complete.

These depositions will be taken for purposes of discovery, pursuant to Rule 30, or as evidence, or both, before an officer authorized by law to administer oaths.

Demand is hereby made that you present said deponents on the dates and times below remotely. All counsel is invited to attend and cross-examine said witnesses.

**Thursday, August 26, 2021**

  **Dr. Robert Shaner.** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10:00 a.m.

**Wednesday, September 1, 2021**

  **Kristin Bull** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10:00 a.m.

Dated:  June 15, 2021

                **DEBORAH GORDON LAW**

                */s/ Molly Savage*
                _____
                Deborah L. Gordon (P27058)
                Elizabeth Marzotto Taylor (P82061)
                Sarah Gordon Thomas (P83935)
                Molly Savage (P84472)
                Attorneys for Plaintiff
                33 Bloomfield Hills Parkway, Suite 220
                Bloomfield Hills, Michigan 48304
                (248) 258-2500
                dgordon@deborahgordonlaw.com
                emarzottotaylor@deborahgordonlaw.com
                sthomas@deborahgordonlaw.com
                msavage@deborahgordonlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2021, the Notice of Taking Depositions was served upon defense counsel via  EMAIL only.

              */s/  Lynne Sheridan*
           _____
               Lynne Sheridan

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**ELENA DINVERNO**, *an individual*,

    Plaintiff,

vs.

**ROCHESTER COMMUNITY SCHOOLS DISTRICT**, *a government entity*, **KRISTIN BULL,** *in her individual and official capacity*, **DR. ROBERT SHANER**, *in his individual and official capacity,*

    Defendants.

Case No.   21-cv-11001
Hon. Mark A. Goldsmith
Mag. Kimberly G. Altman

| | |
|---|---|
| **DEBORAH GORDON LAW**<br>Deborah L. Gordon (P27058)<br>Elizabeth Marzotto Taylor (P82061)<br>Sarah Gordon Thomas (P83935)<br>Molly Savage (P84472)<br>Attorneys for Plaintiff<br>33 Bloomfield Hills Parkway, Suite 220<br>Bloomfield Hills, Michigan 48304<br>(248) 258-2500<br>dgordon@deborahgordonlaw.com<br>emarzottotaylor@deborahgordonlaw.com<br>sthomas@deborahgordonlaw.com<br>msavage@deborahgordonlaw.com | **PLUNKETT COONEY**<br>Courtney L. Nichols (P75160)<br>Attorney for Defendants<br>38505 Woodward Avenue, Suite 100<br>Bloomfield Hills, Michigan 48304<br>(248) 594-6460<br>cnichols@plunkettcooney.com |

## RE-NOTICE OF TAKING DEPOSITIONS

Plaintiff **Elena Dinverno**, by her attorneys **Deborah Gordon Law**, will take the depositions of the individuals named below on the dates and times at Deborah Gordon Law, 33 Bloomfield Hills Parkway, Suite 220, Bloomfield Hills, Michigan 48304, said depositions to continue from day to day until complete.

These depositions will be taken for purposes of discovery, pursuant to Rule 30, or as evidence, or both, before an officer authorized by law to administer oaths.

Demand is hereby made that you present said deponents on the dates and times below remotely. All counsel is invited to attend and cross-examine said witnesses.

**Tuesday, October 26, 2021**

**Dr. Robert Shaner.** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10:00 a.m.

**Thursday, November 4, 2021**

**Kristin Bull** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10:00 a.m.

Dated: September 3, 2021

**DEBORAH GORDON LAW**

/s/ Molly Savage
_____
Deborah L. Gordon (P27058)
Elizabeth Marzotto Taylor (P82061)
Sarah Gordon Thomas (P83935)
Molly Savage (P84472)
Attorneys for Plaintiff
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills, Michigan 48304
(248) 258-2500
dgordon@deborahgordonlaw.com
emarzottotaylor@deborahgordonlaw.com
sthomas@deborahgordonlaw.com
msavage@deborahgordonlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2021, the Re-Notice of Taking Depositions was served upon defense counsel via EMAIL only.

/s/ Lynne Sheridan
_____
Lynne Sheridan

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**ELENA DINVERNO**, *an individual*,

    Plaintiff,

vs.

**ROCHESTER COMMUNITY SCHOOLS DISTRICT**, *a government entity,* **KRISTIN BULL,** *in her individual and official capacity*, **DR. ROBERT SHANER**, *in his individual and official capacity,*

    Defendants.

Case No.   21-cv-11001
Hon. Mark A. Goldsmith
Mag. Kimberly G. Altman

| | |
|---|---|
| **DEBORAH GORDON LAW**<br>Deborah L. Gordon (P27058)<br>Elizabeth Marzotto Taylor (P82061)<br>Sarah Gordon Thomas (P83935)<br>Molly Savage (P84472)<br>Attorneys for Plaintiff<br>33 Bloomfield Hills Parkway, Suite 220<br>Bloomfield Hills, Michigan 48304<br>(248) 258-2500<br>dgordon@deborahgordonlaw.com<br>emarzottotaylor@deborahgordonlaw.com<br>sthomas@deborahgordonlaw.com<br>msavage@deborahgordonlaw.com | **PLUNKETT COONEY**<br>Courtney L. Nichols (P75160)<br>Attorney for Defendants<br>38505 Woodward Avenue, Suite 100<br>Bloomfield Hills, Michigan 48304<br>(248) 594-6460<br>cnichols@plunkettcooney.com |

## RE-NOTICE OF TAKING DEPOSITIONS

Plaintiff **Elena Dinverno**, by her attorneys **Deborah Gordon Law**, will take the depositions of the individuals named below on the dates and times, via ZOOM, said depositions to continue from day to day until complete.

These depositions will be taken for purposes of discovery, pursuant to Rule 30, or as evidence, or both, before an officer authorized by law to administer oaths.

Demand is hereby made that you present said deponents on the dates and times below remotely. All counsel is invited to attend and cross-examine said witnesses.

**Thursday, December 2, 2021**

**Dr. Robert Shaner. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10:00 a.m.**

**Thursday, December 16, 2021**

**Kristin Bull . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10:00 a.m.**

Dated: November 4, 2021

**DEBORAH GORDON LAW**

*/s/ Molly Savage*
_____
Deborah L. Gordon (P27058)
Elizabeth Marzotto Taylor (P82061)
Sarah Gordon Thomas (P83935)
Molly Savage (P84472)
Attorneys for Plaintiff
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills, Michigan 48304
(248) 258-2500
dgordon@deborahgordonlaw.com
emarzottotaylor@deborahgordonlaw.com
sthomas@deborahgordonlaw.com
msavage@deborahgordonlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2021, the Re-Notice of Taking Depositions was served upon defense counsel via EMAIL only.

*/s/ Lynne Sheridan*
_____
Lynne Sheridan

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**ELENA DINVERNO**, *an individual*,

    Plaintiff,

vs.

**ROCHESTER COMMUNITY SCHOOLS DISTRICT**, *a government entity,* **KRISTIN BULL,** *in her individual and official capacity*, **DR. ROBERT SHANER**, *in his individual and official capacity,*

    Defendants.

Case No. 21-cv-11001
Hon. Mark A. Goldsmith
Mag. Kimberly G. Altman

| **DEBORAH GORDON LAW** | **PLUNKETT COONEY** |
|---|---|
| Deborah L. Gordon (P27058) | Courtney L. Nichols (P75160) |
| Elizabeth Marzotto Taylor (P82061) | Michael D. Weaver (P43985) |
| Sarah Gordon Thomas (P83935) | Jeffrey S. Hengeveld (P66029) |
| Molly Savage (P84472) | Attorney for Defendants |
| Attorneys for Plaintiff | 38505 Woodward Avenue, Suite 100 |
| 33 Bloomfield Hills Parkway, Suite 220 | Bloomfield Hills, Michigan 48304 |
| Bloomfield Hills, Michigan 48304 | (248) 594-6460 |
| (248) 258-2500 | cnichols@plunkettcooney.com |
| dgordon@deborahgordonlaw.com | mweaver@plunkettcooney.com |
| emarzottotaylor@deborahgordonlaw.com | jhengeveld@plunkettcooney.com |
| sthomas@deborahgordonlaw.com | |
| msavage@deborahgordonlaw.com | |

**RE-NOTICE OF TAKING DEPOSITION**

    Plaintiff **Elena Dinverno**, by her attorneys **Deborah Gordon Law**, will take the deposition of the individual named below on the date and time, via ZOOM, said deposition to continue from day to day until complete.

    This deposition will be taken for purposes of discovery, pursuant to Rule 30, or as evidence, or both, before an officer authorized by law to administer oath.

Demand is hereby made that you present said deponent on the date and time below remotely.

All counsel is invited to attend and cross-examine said witness.

**Monday, January 10, 2022**

**Dr. Robert Shaner. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10:00 a.m.**

Dated: December 15, 2021

**DEBORAH GORDON LAW**

*/s/ Molly Savage*
_____
Deborah L. Gordon (P27058)
Elizabeth Marzotto Taylor (P82061)
Sarah Gordon Thomas (P83935)
Molly Savage (P84472)
Attorneys for Plaintiff
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills, Michigan 48304
(248) 258-2500
dgordon@deborahgordonlaw.com
emarzottotaylor@deborahgordonlaw.com
sthomas@deborahgordonlaw.com
msavage@deborahgordonlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2021, the Re-Notice of Taking Deposition was served upon defense counsel via EMAIL only.

*/s/ Lynne Sheridan*
_____
Lynne Sheridan

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**ELENA DINVERNO**, *an individual*,

    Plaintiff,

vs.

**ROCHESTER COMMUNITY SCHOOLS DISTRICT**, *a government entity,* **KRISTIN BULL,** *in her individual and official capacity*, **DR. ROBERT SHANER**, *in his individual and official capacity,*

    Defendants.

Case No.   21-cv-11001
Hon. Mark A. Goldsmith
Mag. Kimberly G. Altman

| **DEBORAH GORDON LAW** | **PLUNKETT COONEY** |
|---|---|
| Deborah L. Gordon (P27058) | Courtney L. Nichols (P75160) |
| Elizabeth Marzotto Taylor (P82061) | Michael D. Weaver (P43985) |
| Sarah Gordon Thomas (P83935) | Jeffrey S. Hengeveld (P66029) |
| Molly Savage (P84472) | Attorney for Defendants |
| Attorneys for Plaintiff | 38505 Woodward Avenue, Suite 100 |
| 33 Bloomfield Hills Parkway, Suite 220 | Bloomfield Hills, Michigan 48304 |
| Bloomfield Hills, Michigan 48304 | (248) 594-6460 |
| (248) 258-2500 | cnichols@plunkettcooney.com |
| dgordon@deborahgordonlaw.com | mweaver@plunkettcooney.com |
| emarzottotaylor@deborahgordonlaw.com | jhengeveld@plunkettcooney.com |
| sthomas@deborahgordonlaw.com | |
| msavage@deborahgordonlaw.com | |

## RE-NOTICE OF TAKING DEPOSITION

    Plaintiff **Elena Dinverno**, by her attorneys **Deborah Gordon Law**, will take the deposition of the individual named below on the date and time, via ZOOM, said deposition to continue from day to day until complete.

    This deposition will be taken for purposes of discovery, pursuant to Rule 30, or as evidence, or both, before an officer authorized by law to administer oath.

Demand is hereby made that you present said deponent on the date and time below remotely.

All counsel is invited to attend and cross-examine said witness.

**Thursday, February 3, 2022**

**Dr. Robert Shaner. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10:00 a.m.**

Dated:  January 11, 2022

**DEBORAH GORDON LAW**

*/s/ Molly Savage*
_____
Deborah L. Gordon (P27058)
Elizabeth Marzotto Taylor (P82061)
Sarah Gordon Thomas (P83935)
Molly Savage (P84472)
Attorneys for Plaintiff
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills, Michigan 48304
(248) 258-2500
dgordon@deborahgordonlaw.com
emarzottotaylor@deborahgordonlaw.com
sthomas@deborahgordonlaw.com
msavage@deborahgordonlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2022, the Re-Notice of Taking Deposition was served upon defense counsel via EMAIL only.

*/s/ Lynne Sheridan*
_____
Lynne Sheridan